IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01840-RPM

BRIAN RACKHAM,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and
STATE FARM FIRE AND CASUALTY COMPANY,

        Defendants.

_____

ORDER FOR SECOND SCHEDULING CONFERENCE
_____

On March 24, 2005, this Court entered a Scheduling Order pursuant to a scheduling conference held on February 25, 2005, at which the plaintiff was represented by Kirk McCormick and the defendant by Marc Levy.  At a hearing on motions on August 12, 2005, including a motion to amend the scheduling order, this Court directed that plaintiff's counsel obtain a statement from the plaintiff's treating psychiatrist with respect to his opinion as to causation relating to the seizures that the plaintiff experienced in May with the brain trauma from the automobile accident of June 26, 2001.  The plaintiff has complied with that direction.  The Court also directed that the parties submit a revised scheduling order by September 12, 2005.  On that date the plaintiff submitted a proposed amended scheduling order and request for a scheduling conference and the defendants filed notice of objections and inclusions to plaintiff's

proposed amended scheduling order and joined a request for a setting of scheduling conference. Accordingly, it is now

ORDERED that a new scheduling conference will be convened on **December 21, 2005, at 3:00 p.m.** in the conference room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado, at which the disputes concerning a revised scheduling order will be resolved.

DATED: October 26th, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge