IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01840-RPM

BRIAN RACKHAM,

       Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and
STATE FARM FIRE AND CASUALTY COMPANY,

       Defendants.

_____

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER
AND FOR FILING OF AMENDED ANSWER
_____

       On February 28, 2006, the defendants filed a motion for leave to amend answer and tendered an amended answer.  The plaintiff filed an opposition on March 1, 2006, and the defendants filed a reply on March 16, 2006.  The plaintiff's opposition goes to the merits of the issue raised by the amended answer and is not, therefore, a basis for denying the motion.  It is

       That the defendants' motion to amend answer is granted.  The amended answer tendered therewith is filed.

       DATED: March 17, 2006

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge