IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01840-RPM

BRIAN RACKHAM,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and
STATE FARM FIRE AND CASUALTY COMPANY,

    Defendants.

_____

### ORDER OF CLARIFICATION
_____

    Upon review of the motion filed by the plaintiff on September 1, 2006, it is

    ORDERED, that the amended courtroom minutes of July 6, 2006 are corrected to properly reflect the court's ruling at the scheduling conference that expert testimony will be introduced at trial by plaintiff only if the defendants have an opportunity to have the plaintiff examined personally by a qualified vocational rehabilitation expert selected by the defendants.

    DATED: September 5th, 2006

                                        BY THE COURT:

                                        s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge