IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01840-RPM

BRIAN RACKHAM,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and
STATE FARM FIRE AND CASUALTY COMPANY,

     Defendants.
_____

ORDER FOR FOURTH SCHEDULING CONFERENCE
_____

     There have been three scheduling conferences held in this case, the last of which was on July 6th, 2006 at which time counsel were directed to prepare and submit an agreed scheduling order.  That has not been done. On September 8th, 2006, the defendants filed a motion for a protective order to avoid responding to a request to produce and interrogatories, a copy of which is attached as exhibit A to the motion.  In the motion, the defendants recite that there is no operating scheduling order allowing the parties to conduct written discovery and refer to this court's denial of the defendants' motion for sanctions at a hearing on August 12th, 2005.  The defendants misapprehend the court's comments concerning written discovery.  What was rejected in the court's ruling was the breadth of the defendants' discovery requests, particularly with the respect to contention interrogatories.

     It is apparent that an additional scheduling conference will be necessary in this case to finalize the discovery necessary for trial and it is therefore

     ORDERED that a fourth scheduling conference will be convened in Courtroom A

on **October 12, 2006 at 2:00 p.m.**, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

DATED: September 11th, 2006

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge