IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01840-RPM

BRIAN RACKHAM,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and
STATE FARM FIRE AND CASUALTY COMPANY,

    Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

    Pursuant to the Fourth Scheduling Conference on October 12, 2006, it is

    ORDERED that a pretrial conference is scheduled for **February 9, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **February 1, 2007.**

    DATED: October 16th , 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge