IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01840-RPM

BRIAN RACKHAM,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and
STATE FARM FIRE AND CASUALTY COMPANY,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #59), filed on February 2, 2007, it is

    ORDERED that this civil action is dismissed with prejudice, each party to pay their own attorney fees and costs.

    DATED: February 5,  2007

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge